No. 74–1314. LOUISVILLE LODGE No. 6, FRATERNAL ORDER OF POLICE, ET AL. *v.* BURTON, DIRECTOR OF PUBLIC SAFETY, ET AL. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1370. LAKESIDE HOSPITAL ASSN. ET AL. *v.* FIRST NATIONAL BANK OF KANSAS CITY ET AL. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6186. WILKINS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6251. KIRBY *v.* STURGES, CHAIRMAN, PAROLE AND PARDON BOARD OF ILLINOIS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6388. CRYER *v.* PRESTRESSED CONCRETE PRODUCTS CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6434. B. J. R. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6401. BECKETT *v.* WARREN, ATTORNEY GENERAL OF WISCONSIN, ET AL. C. A. 7th Cir. Application for bail, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of the application.